IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | 8:14-CV-143 |
| Plaintiff, | |
| vs. | ORDER |
| MARK TINCHER, an individual, and TINCHER CHEVROLET OLDSMOBILE 401(K) PLAN, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Approval and Entry of Consent Judgment (filing 3). Being duly advised in the premises, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The plaintiff's Motion for Approval and Entry of Consent Judgment (filing 3) is granted.

2. A separate judgment will be entered.

Dated this 2nd day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge